**MANDATE**

CTDC/NHCT
00-CV-256
DRONEY

FILED

# United States Court of Appeals

OCT 20  4 04 AM '03

FOR THE
SECOND CIRCUIT

U.S. DISTRICT COURT
NEW HAVEN, CONN.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 22nd day of September, two thousand and three.

Before:   Hon. John M. Walker, Jr., *Chief Judge*
          Hon. Richard J. Cardamone
          Hon. Sonia Sotomayor
                    *Circuit Judges*

[SEAL: UNITED STATES COURT OF APPEALS FILED SEP 2 2 2003 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

Docket No. 02-9032

---

OILVER BISHOP, III and OLIVER BISHOP, IV,

   Plaintiffs-Appellees,

v.

NATIONAL HEALTH INSURANCE COMPANY,

   Defendant-Appellant.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is VACATED and REMANDED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Tammy Martinez*
    DEPUTY CLERK

ISSUED AS MANDATE:
10/14/03