UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER BISHOP III AND OLIVER BISHOP IV, Plaintiffs, | : : : : | |
| v. | : : | Civil Action No. 3:00 CV 256 (CFD) |
| NATIONAL HEALTH INSURANCE CO., Defendant. | : : | |

## RULING

In accordance with the Second Circuit decision in this case on September 22, 2003, the defendant's motion for summary judgment [Doc. #17] is GRANTED.

The Clerk is directed to close the case.

SO ORDERED this 28th day of October 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE