FILED

2003 NOV -6  A 11: 46

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLIVER BISHOP, III and OLIVER BISHOP, IV | : |
| PLAINTIFFS | : |
| V. | : CIVIL ACTION NO. 300CV00256 [CFD] |
| NATIONAL HEALTH INSURANCE COMPANY | : NOVEMBER 5, 2003 |
| DEFENDANT | : |

### SUPPLEMENT TO BILL OF COSTS

The defendant, National Health Insurance Company ("National") supplements its Bill of Costs filed on October 23, 2003, as follows:

1. In accordance with the Second Circuit decision on September 22, 2003, this Court granted the National's motion for summary judgment on October 28, 2003.  See Attached Ruling.

2. On October 30, the Clerk of the Second Circuit taxed costs in the amount of $542.52 in favor of National.  See Attached Statement of Costs.

National had previously requested the clerk to tax the costs requested in the Court of Appeals in the October 23, 2003 Bill of Costs.

THE DEFENDANT
NATIONAL HEALTH INSURANCE CO.

BY: /s/ Nancy L. Walker
NANCY L. WALKER (ct14658)
CLENDENEN & SHEA, LLC
P.O. Box 301
New Haven, CT 06502-0301
203/787-1183
Fax No. 203/787-2847

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed postage prepaid to John F. Wynne, Jr., Esq., Buckley & Wynne, 685 State St., New Haven, CT 06511 on the 5th day of November, 2003.

/s/ Nancy L. Walker
CLENDENEN & SHEA, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OLIVER BISHOP III AND OLIVER :
BISHOP IV, :
    Plaintiffs, :
     :
v. : Civil Action No.
     : 3:00 CV 256 (CFD)
NATIONAL HEALTH INSURANCE CO., :
    Defendant. :

### RULING

In accordance with the Second Circuit decision in this case on September 22, 2003, the defendant's motion for summary judgment [Doc. #17] is GRANTED.

The Clerk is directed to close the case.

SO ORDERED this 28th day of October 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

OLIVER BISHOP, III and
OLIVER BISHOP, IV

PLAINTIFF-APPELLEES

V.                                          DOCKET NO. 02-9032

NATIONAL HEALTH INSURANCE
CO.

DEFENDANT-APPELLANT          SEPTEMBER 25, 2003

### ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for the defendant, National Health Insurance Co., respectfully submits, pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the plaintiffs and in favor of the defendant for insertion in the mandate.

Docketing Action..................................................................$105.00

Costs of printing appendix (necessary copies 12)..................$100.68

Costs of printing brief (necessary copies 12).......................$151.56

Costs of printing reply brief (necessary copies 12)................$185.28

TOTAL COSTS                                      $542.52

*Filed stamp: UNITED STATES COURT OF APPEALS SECOND CIRCUIT, FILED OCT 30 2003, Roseann B. MacKechnie, Clerk*

*STATEMENT OF COSTS — Taxed in the amount of $542.52 in favor of Appellant, National Health Insurance, FOR THE COURT: ROSEANN B. MacKECHNIE, Clerk — Arthur M. Heller, Motions Staff Attorney — Date 10/30/03*

*RECEIVED NOV 3 2003 CLENDENEN & SHEA LLC*