UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OLIVER BISHOP III and
OLIVER BISHOP IV

:

CASE NO. 3:CV256 (CFD)

3:00CV256

Vs

:

NATIONAL HEALTH INSURANCE CO.   :

## JUDGMENT

This action having come on for consideration of the parties' Cross Motions for Summary Judgment before the Honorable Christopher F. Droney, United States District Judge and,

A judgment was entered on March 12, 2002 in favor of the plaintiffs and an Order was entered on March 15, 2002 vacating the judgment. A notice of appeal was filed by National Health on April 30, 2002 regarding the Order vacating the judgment and on July 1, 2002 a Mandate from USCA was filed withdrawing the appeal.

The Court approved a stipulation of judgment in favor of the plaintiffs in the amount of $242,235.45 on August 9, 2002; and, the defendant filed a notice of appeal on August 26, 2002.

The Court filed its Ruling on October 28, 2003 granting defendants motion for summary judgment, in accordance with the Second Circuit decision of September 22, 2003, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 17th day of December 2003.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD 12/17/03