UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLIVER BISHOP, III | : |
| and OLIVER BISHOP, IV | : |
| | |
| Vs. | :   CASE NO. 3:00CV00256(CFD) |
| | |
| NATIONAL HEALTH INSURANCE | : |

### RULING ON BILL OF COSTS

On March 12, 2002, judgment entered for the plaintiffs after a ruling on cross-motions for summary judgment. An order vacating the judgment was filed on March 15, 2002. Defendant filed a notice of appeal on April 30, 2002, and on July 1, 2002, a mandate issued withdrawing the appeal. A stipulation of judgment was filed on August 1, 2002 and approved on August 9, 2002. On August 26, 2002, defendant filed a notice of appeal; and on October 20, 2003, a mandate entered reversing and remanding with instruction to grant summary judgment in favor of the defendant. On December 17, 2003, judgment entered for the defendant after a ruling granting the defendant's motion for summary judgment. Defendant is the prevailing party in this case. On October 23, 2003, defendant filed a bill of costs, and on November 6, 2003, filed a supplement to bill of costs. No objection has been filed to date. For the reasons stated below, defendant's bill of costs is granted.

A. <u>DOCKET FEES</u>: Defendant submitted a claim for docket fees $5.00, which is allowed pursuant to 28 USC 1923.

B. <u>FEES FOR REMOVAL TO FEDERAL COURT</u>: Pursuant to Local Rule 54(c))6(iii), fees incurred in removing a case from state court, are taxable. Accordingly, defendant's claim for the fee for removal of this action in the amount of $150.00 is allowed.

C. <u>COSTS REQUESTED IN THE USCA</u>: On October 30, 2003, the United States Court of Appeals taxed costs in the amount of $542.52 in favor of the defendant.

D. <u>SUMMARY</u>: For the reasons previously stated, the defendant's bill of costs is allowed as follows:

| | |
|---|---|
| DOCKET FEES | $   5.00 |
| FEES FOR REMOVAL TO FEDERAL COURT | 150.00 |
| COSTS REQUESTED IN THE USCA | 542.52 |
| TOTAL | $ 697.52 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 16th day of January, 2004.

KEVIN F. ROWE, CLERK

By:   /s/
Mary A. Wiggins
Deputy-in-Charge